UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *April Giles v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-13081-DRH-PMF |
| *Sharon Leleaux v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-13080-DRH-PMF |
| *Lindsey Mason v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-13078-DRH-PMF |
| *Tammy Pittman v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-13074-DRH-PMF |
| *Nena Pratt v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-13077-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 13, 2015, the above captioned cases

are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                                    **BY:** __/s/*Cheryl A. Ritter*__
                                    **Deputy Clerk**

Date: February 17, 2015

Digitally signed by David R. Herndon
Date: 2015.02.17 16:29:21 -06'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT